| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>ORIGINAL PROCEEDING<br>DISTRICT COURT, ARAPAHOE COUNTY, 04CR362 | Case No. 05SA174<br><br>F I L E D<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO |
| In re:<br><br>**Plaintiff:**<br><br>THE PEOPLE OF THE STATE OF COLORADO,<br><br>v.<br><br>**Defendant:**<br><br>CYNTHIA R. PINKEY. | JUN 27 2005<br><br>GREGORY C. LANGHAM<br>CLERK |

**ORDER OF COURT**

Upon consideration of the Temporary Restraining Order Injunction filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Temporary Restraining Order Injunction shall be, and the same hereby is, DENIED.

BY THE COURT, JUNE 21, 2005.

Copies mailed via the State's Mail Services Division on 6/23/05. NMT

Cynthia Renee' Pinkey
#89688
P.O. Box 392005
Denver, CO  80239

Attorney General's Office
Appellate Section

Clerk of the Arapahoe County
District Court
Arapahoe County Justice Center
7325 S. Potomac Street
Centennial, CO  80112

Honorable Nancy Hopf
Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac Street
Centennial, CO  80112

Margaret Baker
1544 Race St.
Denver, CO 80206

Clerk of Court
United States Courthouse
901 19th Street, Room A105
Denver, CO  80294