FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01127-ZLW

CYNTHIA R. PINKEY,

    Applicant,

v.

ARAPAHOE COUNTY DISTRICT COURT JUDGE HOPF,
ARAPAHOE COUNTY DISTRICT ATTORNEY KELLEY,
RENEE COOPER – Attorney at Law, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Quash," "Motion to Change of Venue," and "Motion to Amend Complaint Including Sworn Affidavit" filed on July 19, 2005, will not be considered and are DENIED because this case was dismissed by order filed on June 27, 2005.

Dated: July 21, 2005

Copies of this Minute Order mailed on July 21, 2005, to the following:

Cynthia Pinkey
Prisoner No. 89688
DWCF
PO Box 392005
Denver, CO 80239

                                                Secretary/Deputy Clerk